UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN WORMUTH,<br><br>　　　　　　Plaintiff,<br><br>　　Against<br><br>CHARTER COMMUNICATIONS, INC., d/b/a SPECTRUM, et al.,<br><br>　　　　　　Defendants. | CASE NO. 7:23-cv-05609 PMH<br><br>**ORDER ON JOINT MOTION AND STIPULATION** |

The Court having read and approved the Parties Joint Motion and Stipulation, filed January 22, 2024, whereby Plaintiff stipulates to dismiss certain individual Defendants from this action and Defendants stipulate to withdraw certain of their defenses, and good cause appearing,

**IT IS HEREBY ORDERED** individual defendants Frank Boehlke, Timothy O'Brien, Randal Roy, Mark Leibowitz, and Jason Dzierzek be and hereby are dismissed from this action, *with prejudice*, and that Defendants' Fifth, Sixth, Seventh, Eighth, Tenth, Eleventh, Fourteenth, Sixteenth, Seventeenth, Twentieth, Twenty Third, Twenty Eighth, Thirty First, and Thirty Second Defenses set forth in their First Amended Answer to First Amended Complaint are dismissed.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 39.

　　**IT IS SO ORDERED**

Dated: January 22, 2024
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Hon. Philip M. Halpern