UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN WORMUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 7:23-CV-05609 |
| ) | |
| CHARTER COMMUNICATIONS INC., *et. al.* ) | |
| ) | Jury Trial Demanded |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL**

The Court having read and approved the Stipulation of Voluntary Dismissal, filed October 16, 2024, whereby Plaintiff stipulates to dismiss Plaintiff's First, Second and Third claims for relief set forth in his First Amended Complaint with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's First, Second and Third claims for relief set forth in his First Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED**

Dated: 10/17/2024
White Plains, New York

_____
United States District Judge
Hon. Philip M. Halpern